The WELFARE FEDERATION ACT COM-
MITTEE OF 1000, a Corporation, Plain-
tiff in Error,

v.

Dolores DAVENPORT, Defendant in Error.
No. 36363.

Supreme Court of Oklahoma.
March 1, 1955.

Rehearing Denied March 29, 1955.

**NORTH AMERICAN ACCIDENT INSUR-
ANCE COMPANY, Plaintiff in Error,**

v.

CORN, Justice.

This appeal involves the identical question decided in Welfare Federation Act Committee of 1000, a Corporation v. Richardson (Tinsley), Okl., 281 P.2d 428. The conclusions therein reached are applicable and controlling here.

Judgment affirmed.

JOHNSON, C. J., WILLIAMS, V. C. J., and ARNOLD, HALLEY, BLACKBIRD and JACKSON, JJ., concur.